Case 24-24585    Doc 25    Filed 12/12/24    Entered 12/12/24 12:22:25    Desc Main
Document      Page 1 of 2

**This order is SIGNED.**

Dated: December 12, 2024



JOEL T. MARKER
U.S. Bankruptcy Judge



ast
Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteeemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**

| IN RE:<br>Nuer Chier Rehan<br><br>Debtor | CASE NO: 24-24585<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |
|---|---|

**ORDER OF DISMISSAL PURSUANT TO TRUSTEE'S DECLARATION
OF NON-COMPLIANCE WITH ORDER CONTINUING CONFIRMATION HEARING FOLLOWING
CONTESTED CONFIRMATION HEARING**

Based upon the Trustee's Declaration of Non-Compliance and it appearing that the Debtor has failed to comply with a previous Order of this Court, which Order contained an automatic default provision, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED THAT

1. The Debtor's case is hereby dismissed without prejudice.

2. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) adequate protection payments stipulated to by the parties or ordered by the Court; (2) allowed administrative expenses under 11 U.S.C. § 503(b), including an award of attorney's fees and costs to the Debtor's counsel in the total amount of $2,500.00, less any retainer on the Bankruptcy Rule 2016 statement; and (3)

with the balance of such funds to be returned to the Debtor pursuant to 11 U.S.C. § 1326(a)(2) by a check made payable to the Debtor and mailed to the Debtor's most current address on file with the Bankruptcy Court.

END OF DOCUMENT

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Order of Dismissal was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on December 12, 2024:

**Nuer Chier Rehan**, 1889 W. 3900 S. #J305 ,West Valley City, UT  84119

**RYAN E. SIMPSON**,  ECF Notification

/s/ Jennifer Lundgreen

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be to all parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF

LON A. JENKINS, CHAPTER 13 TRUSTEE - ECF  Notification

RYAN E. SIMPSON, ECF Notification

By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF System, the following parties should be served notice pursunat to FRCP 5(b):

Nuer Chier Rehan, 1889 W. 3900 S. #J305 ,West Valley City, UT  84119

Creditor Mailing Matrix